UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


HOWARD COHAN,

      Plaintiff,

                                CASE NO.: 6:24-cv-01986-PGB-EJK

vs.


AD1 ORLANDO HOTELS 2, LLC
a Florida Limited Liability Company
d/b/a COMFORT INN INTERNATIONAL DRIVE

      Defendant(s).

_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN ("Plaintiff") by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within sixty (60) days and should not be required to file any further responses, motions, and/or pleadings.

      RESPECTFULLY SUBMITTED March 4, 2025.


By **/s/ Stuart M. Silverman, Esq.**
Stuart M. Silverman, P.A.
Florida Bar No.: 717614
PO BOX 812315
Boca Raton, FL 33481-2315
Telephone 561-289-9319
Email: smslawfirm@aol.com
*Attorney for Defendant*

By **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
300 Avenue of the Champions, Suite 260
Palm Beach Gardens, FL 33418
Telephone: (561) 729-0940
Primary: greg@sconzolawoffice.com
*Attorney for Plaintiff*


1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 4, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
300 Avenue of the Champions, Suite 260
Palm Beach Gardens, FL 33418
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: shtalia@sconzolawoffice.com
*Attorney for Plaintiff*

2